IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK J. FITZGERALD and
CINDY J. CLAUSEN,

    Plaintiffs,                    CIV. S-03-1774-DFL-KJM

    v.                            ORDER RE DISPOSITION AFTER
                                    NOTIFICATION OF SETTLEMENT
COUNTY OF SACRAMENTO,
et al.,

    Defendants.
_____/

    The court has been advised by John A. Lavra, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than May 5, 2005, and,

1

1       2.   That all hearing dates previously set in this matter
2  are vacated.
3       IT IS SO ORDERED.
4  Dated:  4/14/2005

_____
DAVID F. LEVI
United States District Judge

2