LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

John A. Lavra, CSB No. 114533
Jeri L. Pappone, CSB No. 210104

Attorneys for Defendants
COUNTY OF SACRAMENTO;
SACRAMENTO COUNTY SHERIFF'S DEPARTMENT;
Sheriff Lou BLANAS;
Deputy L. CRISOSTOMO;
Deputy D. BROWN;
Deputy A. STUHLMANN;
Deputy, K. TONI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. FITZGERALD AND CINDY J. CLAUSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department, Sheriff Lou BLANAS; Sacramento Sheriff's Department Deputy L. CRISOSTOMO (Badge #665); Sacramento Sheriff's Department Deputy D. BROWN (Badge #566); Sacramento County Sheriff's Department Deputy A. STUHLMANN (Badge #129); Sacramento County Sheriff's Department Deputy, K. TONI; (Badge #566) and Does I through XXX, inclusive. <br><br> Defendants | CASE NO. **CIV S-03 - 1774 DFL KJM** <br><br> **COMPLAINT FILED 08/26/03** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

It is hereby stipulated by and between the Plaintiffs, PATRICK FITZGERALD and CINDY CLAUSEN, by and through their attorney of record, Sylvia Velez of the Law Offices of Sylvia Velez, and the Defendants, Sheriff Lou BLANAS; Sacramento Sheriff's Department Deputy L. CRISOSTOMO; Sacramento Sheriff's Department Deputy D. BROWN; Sacramento

County Sheriff's Department Deputy A. STUHLMANN; Sacramento County Sheriff's Department Deputy, K. TONI, by and through their attorney of record, John A. Lavra of the law firm Longyear, O'Dea and Lavra, LLP., that the said named defendants, shall be voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: April _____, 2005          Respectfully submitted,


By:_____
    JOHN A. LAVRA
    LONGYEAR, O'DEA & LAVRA
    Attorney for Defendants


DATED: April _____, 2005          LAW OFFICES OF SYLVIA VELEZ,


By_____
    SYLVIA VELEZ
    Attorney for Plaintiff


    Good cause appearing, and having been stipulated and agreed to between the above named parties this matter is hereby dismissed with prejudice.

    IT IS SO ORDERED.

Dated: 5/6/2005


_____
DAVID F. LEVI
United States District Judge

G:\DOCS\LEV\3. Signed Orders to be Processed\03cv1774. ind.o.wpd