LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

John A. Lavra, CSB No. 114533
Jeri L. Pappone, CSB No. 210104

Attorneys for Defendants
COUNTY OF SACRAMENTO;
SACRAMENTO COUNTY SHERIFF'S DEPARTMENT;
Sheriff Lou BLANAS;
Deputy L. CRISOSTOMO;
Deputy D. BROWN;
Deputy A. STUHLMANN;
Deputy, K. TONI

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. FITZGERALD AND CINDY J. CLAUSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, Sacramento County Sheriff's Department, Sheriff Lou BLANAS; Sacramento Sheriff's Department Deputy L. CRISOSTOMO (Badge #665); Sacramento Sheriff's Department Deputy D. BROWN (Badge #566); Sacramento County Sheriff's Department Deputy A. STUHLMANN (Badge #129); Sacramento County Sheriff's Department Deputy, K. TONI; (Badge #566) and Does I through XXX, inclusive. <br><br> Defendants | CASE NO. **CIV S-03 - 1774 DFL KJM** <br><br> **COMPLAINT FILED 08/26/03** <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

It is hereby stipulated by and between the Plaintiffs, PATRICK FITZGERALD and CINDY CLAUSEN, by and through their attorney of record, Sylvia Velez of the Law Offices of Sylvia Velez, and the Defendant, COUNTY OF SACRAMENTO, by and through their attorney of record, John A. Lavra of the law firm Longyear, O'Dea and Lavra, LLP., that Defendant,

County of Sacramento shall be voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) .

Dated: April 21, 2005				Respectfully submitted,


						By:_____
						     JOHN A. LAVRA
						     LONGYEAR, O'DEA & LAVRA
						     Attorney for Defendants


DATED: April _____, 2005			LAW OFFICES OF SYLVIA VELEZ,


						By_____
						     SYLVIA VELEZ
						     Attorney for Plaintiff


Good cause appearing, and having been stipulated and agreed to between all parties this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 5/6/2005


						_____
						DAVID F. LEVI
						United States District Judge


G:\DOCS\LEV\3. Signed Orders to be Processed\03cv1774.co.o.wpd